1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   HECTOR SANDOVAL AVELAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:06-cr-00253 LJO |
|---|---|
| Plaintiff, | ORDER FOR RELEASE FROM CUSTODY AND MODIFICATION OF CONDITIONS OF SUPERVISED RELEASE |
| vs. | |
| HECTOR SANDOVAL AVELAR, | |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

This matter came before the court for hearing on November 4, 2019.  At that time the Court agreed Mr. Avelar could be released from custody to obtain an assessment to determine his eligibility for acceptance into the Delancey Street San Francisco residential treatment program.. Pursuant to Defense Counsel's request the United States Marshals have moved Mr. Avelar from the Lerdo Kern County Detention Facility to the Fresno County Jail to facilitate Mr. Avelar's transport to San Francisco to complete his Delancey Street eligibility assessment.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant Hector Sandoval Avelar shall be released from custody at the Fresno County Jail on the following conditions:

1. Mr. Avelar shall be released from custody at the Fresno County Jail at 7:00 a.m., on Thursday, November 14, 2019, for the purpose of obtaining an assessment to determine his eligibility for acceptance into the Delancey Street San Francisco residential substance abuse treatment program, located at 600 Embarcadero, San Francisco, California.

2. Mr. Avelar shall be released to the third party custody of Kevin Mitchel, of the Office of the Federal Defender, to be transported directly to Delancey Street San Francisco.

3. Provided Mr. Avelar is accepted into the Delancey Street residential substance abuse treatment program, Mr. Avelar shall remain at Delancey Street San Francisco, where he shall reside and participate fully and complete their 24-month treatment program.

4. In the event Delancey Street does not accept Mr. Avelar into its residential treatment program, Hector Avelar shall remain in the third party custody of Kevin Mitchell who shall transport Mr. Avelar directly to the Fresno County Jail, in Fresno, California, where Mr. Avelar shall be returned to custody pending disposition of his previously admitted supervised release violation.

IT IS SO ORDERED.

Dated: **November 13, 2019**       /s/ Lawrence J. O'Neill
                                   UNITED STATES CHIEF DISTRICT JUDGE