HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
HECTOR SANDOVAL AVELAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:06-cr-00253 LJO |
| Plaintiff, | ORDER FOR RELEASE FROM CUSTODY AND MODIFICATION OF CONDITIONS OF SUPERVISED RELEASE |
| vs. | |
| HECTOR SANDOVAL AVELAR, | |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

This matter came before the court for hearing on December 9, 2019. At that time the Court agreed Mr. Avelar could be released from custody to participate in the Central Valley Teen Challenge inpatient residential treatment program, located at 42675 Road 44, Reedley, California.

Mr. Avelar has been interviewed and accepted for participation in the Teen Challenge 12-month residential treatment program, which has space available for Mr. Avelar beginning on Tuesday, December 10, 2019. Kevin Mitchel, an employee of the Office of the Federal Defender, is available to pick up Mr. Avelar upon his release from custody at the Fresno County Jail, and to transport Mr. Avelar directly to Central Valley Teen Challenge.

This proposed order is submitted to authorize Mr. Avelar's release from the Fresno County Jail on December 10, 2019, at 8:00 a.m., to the custody of Kevin Mitchel, for transport

directly to Central Valley Teen Challenge, 42675 Road 44, Reedley, California. Mr. Avelar shall remain in the custody of Kevin Mitchel and not be left alone from the time he exits the jail until he enters the program. While Mr. Avelar has already been accepted into the program, if for any reason Mr. Avelar is not accepted into Central Valley Teen Challenge Kevin Mitchell shall transport Mr. Avelar directly back to the Fresno County Jail, where Mr. Avelar shall be returned to custody pending disposition of his previously admitted supervised release violation. All other conditions of Avelar's supervised release not in conflict with this order shall remain in full force and effect.

**ORDER**

Hector Sandoval Avelar shall be released from custody at the Fresno County Jail, on December 10, 2019, at 8:00 a.m., to the custody of Federal Defender employee Kevin Mitchel, for transport directly to Central Valley Teen Challenge, 42675 Road 44, Reedley, California. Mr. Avelar shall remain in the custody of Kevin Mitchel and not be left alone from the time he exits the jail until he enters the program. If for any reason Mr. Avelar is not accepted into Central Valley Teen Challenge, Kevin Mitchell shall transport Mr. Avelar directly back to the Fresno County Jail, where Mr. Avelar shall be returned to custody pending disposition of his previously admitted supervised release violation. All other conditions of Avelar's supervised release not in conflict with this order shall remain in full force and effect.

IT IS SO ORDERED.

Dated: **December 9, 2019**          /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE