1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW LEMKE, D.C. Bar #1023347
   Assistant Federal Defenders
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950
5
   Attorneys for Defendant
6  HECTOR AVELAR

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | Case No. 1:06-cr-00253-DAD |
|---|---|
| Plaintiff, | STIPULATION TO VACATE PRELIMINARY HEARING, SET CHANGE OF PLEA; AND ORDER THEREON |
| vs. |  |
| HECTOR AVELAR, | CURRENT DATE:   December 28, 2021 |
| Defendant. | TIME:   2:00 p.m. |
|  | JUDGE: Hon. Erica P. Grosjean (Duty Calendar) |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jessica Massey, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Hector Avelar, that the preliminary hearing currently set for December 28, 2021, be vacated and that a change of plea hearing be set for January 12, 2022, at 2:00 p.m.

Counsel anticipates that Mr. Avelar's matter will be resolved by an admission and requests additional time in order to prepare for a change of plea.  Accordingly, the parties jointly request that the December 28, 2021, preliminary hearing be vacated and that the matter be set for a change of plea hearing on January 12, 2022, at 2:00 p.m.

\ \ \

\ \ \

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: December 27, 2021  */s/ Jessica Massey*
JESSICA MASSEY
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: December 27, 2021  */s/ Matthew Lemke*
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant
HECTOR AVELAR

# ORDER

**IT IS HEREBY ORDERED** that the preliminary hearing scheduled for December 28, 2021, is vacated and a change of plea hearing is set for January 12, 2022, at 2:00 p.m. before the assigned duty magistrate judge.

IT IS SO ORDERED.

Dated:  **December 27, 2021**           /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE