HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
HECTOR AVELAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:06-cr-00253-DAD |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER** |
| vs. | |
| HECTOR AVELAR, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Jessica Massey, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Hector Avelar, that the sentencing hearing currently scheduled for March 7, 2022, at 9:00 a.m. may be continued to March 21, 2022, at 9:00 a.m.

Mr. Avelar made his initial appearance in this matter on December 15, 2021. *See* Dkt. #214. A detention hearing was held on December 16, 2021. *See* Dkt. #216. At the detention hearing, Mr. Avelar was ordered released on conditions. *See* Dkt. #216, #217. Mr. Avelar has been out of custody since December 17, 2021. On January 12, 2022, Mr. Avelar admitted Charges 1 and 2 of the supervised release violation petition. *See* Dkt. #222. Undersigned counsel for Mr. Avelar was assigned to this matter on January 27, 2022. *See* Dkt. #223.

The defense is requesting this continuance so that recently assigned defense counsel has

1  sufficient time and opportunity to discuss the matter with his client, obtain any records relevant

2  for sentencing, and to be adequately prepared for sentencing in this matter. The requested

3  continuance is made with the intention of conserving time and resources for both the parties and

4  the Court. As this is a sentencing hearing, no exclusion of time is necessary

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 25, 2022          */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
HECTOR AVELAR

PHILLIP A. TALBERT
United States Attorney

Date: February 25, 2022          */s/ Jessica Massey*
JESSICA MASSEY
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** The sentencing hearing currently scheduled for March 7, 2022, at

9:00 a.m. is hereby continued to March 21, 2022, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **February 25, 2022**          _____
UNITED STATES DISTRICT JUDGE