1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  REED GRANTHAM, CA SBN #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   HECTOR AVELAR
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:06-cr-00253-DAD
12 | Plaintiff, | **STIPULATION TO VACATE SENTENCING DATE; ORDER**
13 | vs. |
14 | HECTOR AVELAR, |
15 | Defendant. |

17         IT IS HEREBY STIPULATED, by and between the parties through their respective

18 counsel, Assistant United States Attorney Jessica Massey, counsel for plaintiff, and Assistant

19 Federal Defender Reed Grantham, counsel for Hector Avelar, that the sentencing hearing

20 currently scheduled for March 21, 2022, at 9:00 a.m. may be vacated.

21         A supervised release violation petition was filed in this case on December 10, 2021. *See*

22 Dkt. 212. On January 12, 2022, Mr. Avelar admitted Charges 1 and 2 of the supervised release

23 violation petition. *See* Dkt. #222. At the time, sentencing was set for March 7, 2022, however, it

24 was later continued via stipulation to March 21, 2022, at 9:00 a.m. *See* Dkt. #222, #225. On

25 March 4, 2022, a superseding supervised release violation petition was filed adding Charge 3.

26 *See* Dkt. #228.

27         In light of the filing of the superseding supervised release violation petition, the parties

28 are requesting that the March 21, 2022, sentencing date be vacated, so that the parties can discuss

how to proceed as a result of the additional charge. The parties currently have a status conference before the duty magistrate court on Friday, March 18, 2022, at 2:00 p.m. *See* Dkt. #228. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. As this is a sentencing hearing, no exclusion of time is necessary

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 17, 2022		*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
HECTOR AVELAR


PHILLIP A. TALBERT
United States Attorney

Date: March 17, 2022		*/s/ Jessica Massey*
JESSICA MASSEY
Assistant United States Attorney
Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** The sentencing hearing currently scheduled for March 21, 2022, at 9:00 a.m. is hereby vacated.

IT IS SO ORDERED.

Dated: __**March 17, 2022**__		_____
UNITED STATES DISTRICT JUDGE